SILVER'S LUNCH STORES, INC., Appellant, *v.* UNITED ELECTRIC LIGHT AND POWER COMPANY, Respondent.

Supreme Court, Appellate Term, First Department, December 27, 1932.

*Schmer & Wechsler* [*Joseph J. Mintzes* of counsel], for the appellant.

*Beardsley & Taylor* [*Jacob H. Goetz, William L. Ranson, Charles I. Taylor* and *Edwin D. Kyle, Jr.*, of counsel], for the respondent.

PER CURIAM. If plaintiff relies upon an actual promise or undertaking by defendant, it should plead the facts plainly and concisely, and eliminate from the cause of action all reference to duties supposed to be imposed by law.

Order modified by granting leave to plaintiff to serve an amended complaint within six days after service of order entered hereon, and, as modified, affirmed, with disbursements to plaintiff. Upon service of amended complaint, judgment vacated; and, in default of service of such amended pleading, judgment affirmed, with costs.

LYDON and FRANKENTHALER, JJ., concur; LEVY, J., dissents.